B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Western District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Rohde, David C.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>**Rohde, Jeri L.** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Cas's On The Ridge** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Cas's Restaurant** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7172** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7175** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5677 S. Transit Road**<br>**Apt. 103**<br>**Lockport, NY**  ZIP Code **14094** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5677 S. Transit Road**<br>**Apt. 103**<br>**Lockport, NY**  ZIP Code **14094** |
| County of Residence or of the Principal Place of Business:<br>**Niagara** | County of Residence or of the Principal Place of Business:<br>**Niagara** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rohde, David C.**<br>**Rohde, Jeri L.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Matthew B. Herdzik, Jr.        February 3, 2009<br>   Signature of Attorney for Debtor(s)          (Date)<br>   **Matthew B. Herdzik, Jr.** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rohde, David C.**<br>**Rohde, Jeri L.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** /s/ David C. Rohde
Signature of Debtor **David C. Rohde**

**X** /s/ Jeri L. Rohde
Signature of Joint Debtor **Jeri L. Rohde**

Telephone Number (If not represented by attorney)

**February 3, 2009**
Date

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** /s/ Matthew B. Herdzik, Jr.
Signature of Attorney for Debtor(s)

**Matthew B. Herdzik, Jr.**
Printed Name of Attorney for Debtor(s)

Firm Name
**3700 Seneca Street**
**West Seneca, NY 14224**

Address

**716-674-0411**
Telephone Number

**February 3, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Western District of New York

In re    **David C. Rohde**    **Jeri L. Rohde**       Case No. _____

                                                               Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ David C. Rohde**
         **David C. Rohde**
Date:  **February 3, 2009**

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Western District of New York

In re    **David C. Rohde**    **Jeri L. Rohde**        Case No. _____

Debtor(s)      Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

     ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
          ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
          ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
          ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jeri L. Rohde**
                                 **Jeri L. Rohde**
Date:   **February 3, 2009**

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

5897 Associates
c/o SRI, LLC
PO Box 172
Lawrence, NY 11559


ADP
1775 Wehrle Drive
Buffalo, NY 14221


All County Electric Construction
6435 Batrz Road
Lockport, NY 14094


Allied Interstate
3000 Corporate Exchange
5th Floor
Columbus, OH 43231


Amherst Dental Group
777 Hopkins Road
Buffalo, NY 14221


Anderson Electric
8402 Slayton Settlement Road
Gasport, NY 14067


AT& T
PO Box 9001309
Louisville, KY 40290-1309


Auto-Chlor
63 Bebnbro Drive
Buffalo, NY 14225


Bally Total Fitness
12440 Imperial Highway
Suite 300
Norwalk, CA 90650


Barbara Razkiewicz



Benway Builders
7248 Lincoln Avenue
Lockport, NY 14094

BMG Music Service
PO box 91511
Indianapolis, IN 46291


Bob Smith


Buffalo General Hospital
100 High Street
Buffalo, NY 14203


Buffalo General Hospital
Hamlin - 4
100 High Street
Buffalo, NY 14203


Buffalo Hotel Supply
PO Box 646
Buffalo, NY 14226


Buffalo News
One News Plaza
Buffalo, NY 14240


Calvery Portfolio Services, LLC
PO Box 1017
Hawthorne, NY 10532


Capitol Pediatrics & Adolescent Ctr.
3801 Computer Drive
Suite 200
Raleigh, NC 27609


Catholic Charities of Buffalo
525 Washington St
Buffalo, NY 14203


Cavalry Portfolio Services
7 Skyline Drive
Hawthorne, NY 10532


Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114

Chudy Paper Corp
930 Bailey Avenue
Buffalo, NY 14206


Cinta's
5740 Genesee Street
Lancaster, NY 14086


Coca-Cola
P.O. Box 92950
Cleveland, OH 44194-2950


Credit Acceptance
PO Box 513
Southfield, MI 48037


Credit Acceptance
PO Box 454
Wilmington, OH 45177


Curtze Company
50 Delaware Avenue
Buffalo, NY 14202


Darling
825 Wilson Avenue
Newark, NJ 07105


David Russell
438 High street
Lockport, NY 14094


Disney Movie Club
PO Box 738
Neenah, WI 54957-0738


Eastern Niagar OBGYN
Ulrich City Centre
Suite 7
Lockport, NY 14094


Eastern Niagara Rad Assoc. PC
POB 8000 Dept 836
Buffalo, NY 14267

Eco Lab
PO Box 905327
Charlotte, NC 28290


Erie and Niagara Insurance
8800 Sheridan Drive
Buffalo, NY 14231


F. Wardynski & Sons
PO Box 336
Buffalo, NY 14240


Fairlane Credit


First Niagara Bank
PO Box 514
Lockport, NY 14095


Frontier Produce
PO Box 2986
Buffalo, NY 14240


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


General Auto Sales
1510 B Orchard Park Road
Buffalo, NY 14224


Great American Food Service
PO Box 3381
Buffalo, NY 14240


Greater Niagara Medical Group
5883 Snyder Drive
Buffalo, NY 14221


Greater Niagara Newpapers
310 Niagara Street
PO B0x 549
Niagara Falls, NY 14302

Innovative Merchant Solutions
26541 Agoura Road, #200
Calabasas, CA 91302


JH Dodman Co., Inc.
116 Michigan Avenue
Buffalo, NY 14204


Johnson Diversey, Inc.
8310 16th Street
Sturtevant, WI 53177


Kaleida Health
PO Box 4551
Buffalo, NY 14240-4551


Keystone Medical Services
POB 281562
Atlanta, GA 30384


Kimmin's Coffee Service
2728 Niagara Falls Boulevard
Niagara Falls, NY 14304


Korey Sales & Service
2343 Union Road
Buffalo, NY 14227


Lane Fire & Safety
1243 Military Road
Buffalo, NY 14217


Larry Beidle
5804 Donner Road
Lockport, NY 14094


Linda Anzalone
6404 Badger Avenue
Lockport, NY 14094


Lockport Memorial Hospital
521 East Ave.
Lockport, NY 14094

Lou & Diane Farina
56 DeSales Circle
Lockport, NY 14094

Mail Marketing Services
c/o Singer Bach & Associates
120 N. El Dorado Place
Suite E 550
Tucson, AZ 85715

Manna Refrigeration Servcies
33 Franklin Avenue
Lockport, NY 14094

McBree
500 Main Street
Attn: A/R
Groton, MA 01471

McGraw Mechanical
PO Box 159
Newfane, NY 14108

Med-Rev Recovery
1217 Milton
Syracuse, NY 13204

Merritt Estate Winery
2264 King Road
Forestville, NY 14062

Metro Community News

Midrox Insurance co.
PO Box 218
Roxbury, NY 12474

Millard Fillmore
P.O. Box 2330
Buffalo, NY 14240-2330

Millard Fillmore Suburabn Hospital
1540 Maple Road
Buffalo, NY 14221

Modern Disposal Services
4746 Model City Road
PO Box 209
Model City, NY 14107


NEI
3675 Jeffrey Boulevard
Buffalo, NY 14219


New England Seafoods of Barker, Inc.
1945 Quaker Road
Barker, NY 14012


New York Institute of Photography
211 East 43rd Street
New York, NY 10017


New York State Department of Labor
Finance Room 301
20 Park Street
Albany, NY 12207


New York State Higher Education
99 Washington Avenue
Albany, NY 12255


New York State Taxation and Finance
NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902


New York State Unemployment Division
Enforcement Unit
PO Box 551
Albany, NY 12201


New York State Unemployment Division
Enforcement Unit
PO Box 551
Albany, NY 12201-0611


NYS Department of Labor
State Campus Building #12
Room 256
Albany, NY 12240

NYS Department of Labor
UI Division
PO Box 15012
Albany, NY 12212-5012


NYS Department of Taxation
77 Broadway
Suite 112
Buffalo, NY 14203


NYS Department of Taxation
W.A. Harriman State Campus
Albany, NY 12227


NYS Worker's Compensation Board
Finance Room 301
20 Park Street
Albany, NY 12207


NYSEG
P.O. Box 3287
Ithaca, NY 14852


NYSEG
P.O. Box 5550
Ithaca, NY 14852-5550


Ontario Auto Sales


Overton, Russell, Doerr and Donovan, LLP
PO Box 437
Clifton Park, NY 12065


Paychex


Paychex Payroll Services


Povinelli Cutlery
3231 Harlem Road
Buffalo, NY 14225

Professional Emergency Services
POB 8000 Dept 087
Buffalo, NY 14267


Progressive Insurance
c/o NCO Financial Systems
Box 7627
Fort Washington, PA 19034


Publishers Clearing House
PO Box 4002936
Des Moines, IA 50340


Quest Diagnostics
754 Greentree Road
Pittsburgh, PA 15220


Radiology Associates of Buffalo
PO Box 1333
Buffalo, NY 14240


Raleigh Water Department


Receivables Specialist, Inc.
PO Box 26570
Fort Lauderdale, FL 33320


Richard Junke, MD
438 High Street
Buffalo, NY 14209


RMS
77 Hartland Street
Suite 401
PO Box 280431
East Hartford, CT 06128


Rochdale Insurance co.
25800 Science Park Drive
Suite 105
Beachwood, OH 44122

Rodale
PO Box 6001
Emmaus, PA 18098-0601


Ross Rental
6722 Lincoln Avenue
Lockport, NY 14094


Rural Metro Medical
Church Street Station
PO Box 6674
New York, NY 10249-6674


Security Creidt Systems, Inc.
PO Box 846
Buffalo, NY 14240-0846


Self Magazine
PO Box 37659
Boone, IA 50037


Shermans Travel Magazine
PO Box 50056
Boulder, CO 80322


Southtowns Radiology
3040 Amsdell
Hamburg, NY 14075


Sprint
P.O. Box 6419
Carol Stream, IL 60197-6419


Sprint
POB 1769
Newark, NJ 07101


Sprint PCS
PO Box 62071
Baltimore, MD 21264


Super Coup's of WNY
4232 Ridge Lea Road
Suite 22
Buffalo, NY 14226

Sysco Food Services
PO Box 3508
Jamestown, NY 14702


Systems Technology Group
1159 Abbott Road
Buffalo, NY 14220


The First Rehabilitation Life Insurance
PO Box 220727
Great Neck, NY 11021


The Hartford Insurance Group
PO Box 2907
Hartford, CT 06104


Time-Warner
pob 371877
Pittsburgh, PA 15250


Town of Lockport
Water District
6560 Dysinger Road
Lockport, NY 14094


Town of Wake Forest
401 Elm Avenue
Wake Forest, NC 27587


Triad Financial


Twin City Ambulance


Ulrich Sign Co.
250 State road
Lockport, NY 14094


Uniform City
4601 W. Comanche Avenue
Tampa, FL 33614

University Orthopedic Services
PO Box 2867
Buffalo, NY 14240


US Food Service
125 Gardenville Parkway
Buffalo, NY 14224-1300


Verizon
c/o Ominuum World Wide Inc.
7171 Mercy Road
Omaha, NE 68106


Verizon
PO Box 15124
Albany, NY 12212-5124


Wachovia
PO Box 8650
Wilmington, DE 19899-8650


Wachovia Bank
c/o RJMACQ575
575 Underhill Boulevard
Syosset, NY 11791


Will Poultry
c/o
Berkowitz and Pace, Attorneys
Orchard Park, NY 14127


Winning Smiles Pediatric Dentistry
1525 Amherst manor Road
Suite 901
Buffalo, NY 14221


WNY Immediate Care
PO Box 5101
Buffalo, NY 14240


WNY Radiology Associates, LLC
pob 5114
Buffalo, NY 14240